**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT GOSS, JR.,

    Plaintiff,

v.                                                                                                  Case No. 16-14391

CITIMORTGAGE, INC., et al.,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF AND STAYING STATUTORY REDEMPTION PERIOD UNTIL FURTHER ORDER OF THE COURT**

Plaintiff Robert Goss, Jr. claims that Defendants have played a part in the allegedly wrongful foreclosure of his home. (Dkt. #1.) Presently before the court is Plaintiff's "Emergency Motion for Injunctive Relief by an Order Staying Redemption." (Dkt. #56.) Plaintiff seeks a court order staying the six month statutory period within which he may redeem his allegedly-defaulted mortgage. He also seeks injunctive relief preventing Defendants from exercising post-redemption rights, including the right to initiate summary proceedings evicting Plaintiff from his home.

The court, having reviewed Plaintiff's "Emergency Motion for Injunctive Relief by an Order Staying Redemption" (Dkt. #56) and having conducted a hearing with all parties given an opportunity to respond, has determined that Plaintiff has set forth valid grounds for injunctive relief under Federal Rule of Civil Procedure 65. Accordingly,

IT IS ORDERED THAT Plaintiff's "Emergency Motion for Injunctive Relief by an Order Staying Redemption" (Dkt. #56) is GRANTED.

IT IS FURTHER ORDERED that Defendant CitiMortgage, Inc., Defendant Nationstar Mortgage, LLC, and Defendant Zana Zaitouna are enjoined and restrained, whether alone or in concert with others, including any officer, agent, assignee, successor, representative and/or employee of any Defendants from exercising any post redemption right under the sheriff's deed to initiate summary proceedings for Plaintiff's eviction from 6263 Malvern Drive, Troy, MI 48096.

IT IS FURTHER ORDERED THAT the redemption period, along with all Plaintiff's rights associated with redemption, shall be stayed until further order of this court.

IT IS FURTHER ORDERED THAT this order shall remain in full force and effect until this court specifically orders otherwise.

IT IS FINALLY ORDERED that this order remains reviewable and amendable as circumstances may warrant.

The court observes that Defendant Zaitouna was unrepresented at the hearing due to a death in his attorney's family. Defendants CitiMortgage and Nationstar, which had no objection to this order, informed the court that they believed all Defendants—including Defendant Zaitouna—were on the verge of agreeing to an order substantially like the present one. The court therefore enters this order without objection, but also without prejudice as to Defendant Zaitouna's ability to persuade the court, as circumstances may warrant, why injunctive relief is improper.

        s/Robert H. Cleland        /
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: January 18, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 18, 2018, by electronic and/or ordinary mail.

                                                s/Lisa Wagner                    /
                                                Case Manager and Deputy Clerk
                                                (810) 292-6522

S:\Cleland\KNP\Civil\16-14391.GOSS.injunction.KNP2.docx